UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNMARIE LYNN W., | ) No. EDCV 21-0919-DMG (JPR) |
| | ) |
| Petitioner, | ) **ORDER ACCEPTING MAGISTRATE** |
| | ) **JUDGE'S REPORT AND RECOMMENDATION** |
| v. | ) |
| | ) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
| | ) |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, Magistrate Judge's Report and Recommendation, and other records on file herein.  The Court accepts the findings and recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED THAT:

1. Defendant's request for an order remanding this case for further proceedings is granted.

2. Judgment be entered consistent with this order.

3. The clerk serve this Order and the Judgment on all counsel or parties of record.

DATED: December 15, 2022

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE