JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNMARIE LYNN WHEAT,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　　　Defendant. | Case No. EDCV 21-0919-DMG (JPR)<br><br>**J U D G M E N T** |

For the reasons set forth in the accompanying Order Accepting Magistrate Judge's Report and Recommendation, it is ADJUDGED THAT (1) Defendant's request for an order remanding the case for further proceedings is GRANTED and (2) judgment is entered in Plaintiff's favor.

DATED: December 15, 2022

　　　　　　　　　　　　　　　　　　　/s/ Dolly M. Gee
　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE