UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ANNMARIE LYNN WHEAT,

           Plaintiff,    Case No.: ED CV 21-919-DMG (JPRx)

  -v-

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

           Defendant.

**ORDER AWARDING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412 (d) [30]**

    Before the Court is a Stipulation for Attorney's Fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d).  Based on the parties' stipulation and recognizing Plaintiff's waiver of direct payment and assignment of EAJA fees, expenses, and costs to her counsel,

IT IS HEREBY ORDERED that **attorney's fees and expenses** in the amount of Seven Thousand Five Hundred Dollars ($7,500.00) pursuant to the EAJA, 28 U.S.C. § 2412(d), are awarded to Plaintiff.

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees, expenses, and costs may be made payable to Olinsky Law Group at:

250 South Clinton St., Suite 210,

Syracuse, NY 13202

IT IS SO ORDERED.

DATED:  March 14, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE